**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RODRICK JONES,

        Petitioner,               Case Number: 10-CV-11675

v.                                          HONORABLE AVERN COHN

KENNETH T. MCKEE,

        Respondent.
                                        /

## ORDER DENYING "MOTION TO SUPPRESS WARRANT" (Doc. No. 4)

This is a habeas case. Petitioner Rodrick Jones (Petitioner) is a state inmate at the Bellamy Creek Correctional Facility in Ionia, Michigan. He filed a *pro se* petition for a writ of habeas corpus. Because the petition was largely illegible and the Court could not discern with any certainty the conviction challenged or the grounds on which habeas relief was sought, the Court dismissed the petition without prejudice. See Order filed May 13, 2010. Before the Court is a paper filed by Petitioner which appears to be a "Motion to Suppress Warrant." Putting aside that such a motion should be directed at the state court, the motion is DENIED because this case is closed.

        SO ORDERED.

Dated: June 9, 2010                          S/Avern Cohn
                                                      AVERN COHN
                                                      UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Rodrick Jones, 281804, Gus Harrison Correctional Facility, 2727 E. Beecher Street, Adrian, MI 49221 and the attorneys of record on this date, June 9, 2010, by electronic and/or ordinary mail.

                                                             S/Julie Owens
                                                            Case Manager, (313) 234-5160